UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNETTE TATUM-RIOS,

                    Plaintiff,

-v-

ETUDE LLC, *et al.*,

                    Defendants.

19-CV-7360 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On October 24, 2019, Plaintiff requested leave to file an amended complaint by October 31, 2019. (Dkt. No. 7.) This Court granted that request. (Dkt. No. 8.) Without seeking a request for an extension, or indeed, without any explanation whatsoever, Plaintiff filed her amended complaint on November 5, 2019. (Dkt. No. 9.) The Clerk's Office sent a deficiency notice to counsel explaining that permission from the court must be granted to file a pleading after the due date. (Minute Entry Dated November 6, 2019.) Plaintiff has not communicated with the Court since her original request.

Accordingly, Plaintiff is directed to advise the Court in writing why Plaintiff has not yet sought the leave of this Court to file her amended complaint on or before December 19, 2019. If Plaintiff fails to do so, this action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: December 5, 2019
       New York, New York

                                        J. PAUL OETKEN
                                   United States District Judge